BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $164,020.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:14-CV-00400-JAM-DAD<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |

The United States and claimants Brian Corry Robinson and Kimberly Santiago-Robinson, through undersigned counsel, stipulate and request the Court continue the deadline to file a Joint Status Report ("JSR") from April 14, 2014 to June 13, 2014.

On February 6, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("defendant currency") based on its alleged involvement in federal drug law violations.  All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on February 11, 2014, and will run for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication will be filed at the conclusion of the publication period.

On April 1, 2014, Brian Corry Robinson and Kimberly Santiago-Robinson filed claims alleging an interest in the defendant currency. No other party has entered this case and the United States has provided notice to all potential claimants pursuant to law.

Also on April 1, 2014, the claimants moved to dismiss the complaint pursuant to Civil Rule 12(b) and Supplemental Rule G(8). That motion was re-noticed on April 4, 2014 and the hearing is currently set for May 21, 2014.

In the very near future, the United States will issue discovery to each claimant on the issue of standing. See *United States v. $133,420.00 in U.S. Currency*, 672 F.3d 629, 635 (9th Cir. 2012) ("Unlike in typical civil proceedings, the government may commence limited discovery immediately after a verified claim is filed. Supplemental Rule G(6)(a) provides that '[t]he government may serve special interrogatories limited to the claimant's identity and relationship to the defendant property without the court's leave at any time after the claim is filed and before discovery is closed.'"). Under Rule Supp. G(8)(c)(i), the United States "need not respond to a claimant's motion to dismiss the action under Rule G(8)(b) until 21 days after the claimant has answered [special] interrogatories." Accordingly, a brief extension of the JSR deadline will allow the parties to complete the "standing" discovery before fully scheduling the case and reaching merits-based discovery.

In light of the pending motion to dismiss and the United States' intent to seek discovery on the issue of standing, the parties request a brief continuance of the deadline to file a Joint Status Report from April 14, 2014 to June 13, 2014, or to another date the Court deems appropriate.

Dated:  4/14/2014                           BENJAMIN B. WAGNER
                                            United States Attorney

                                       By:  /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

Dated:  4/14/2014

                                             /s/ Edward Michael Burch
                                            EDWARD MICHAEL BURCH
                                            Attorney for Claimants

                                            (Authorized via telephone)

## ORDER

Pursuant to the parties' stipulation, the Court makes the following order:

The deadline to file a Joint Status Report currently due on April 14, 2014 IS CONTINUED to June 13, 2014.

**IT IS SO ORDERED.**

Dated: 4/15/2014                         /s/ John A. MENDEZ
                                         JOHN A. MENDEZ
                                         United States District Court Judge