1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:14-CV-00400-JAM-DAD

12          Plaintiff,

13      v.                                       REQUEST AND ORDER TO EXTEND
                                                 DEADLINE TO FILE JOINT STATUS
14  APPROXIMATELY $164,020.00 IN U.S.            REPORT
    CURRENCY,
15
            Defendant.
16

17

18      The United States requests that the Court continue the deadline to file a Joint Status Report

19  ("JSR") from June 13, 2014 to August 21, 2014.  For the reasons set forth below, there is good cause to

20  continue the deadline to file a JSR.

21                              **Introduction**

22      On February 6, 2014, the United States filed a civil forfeiture complaint against the above-

23  captioned currency ("defendant currency") based on its alleged involvement in federal drug law

24  violations.  All known potential claimants to the defendant currency were served in a manner consistent

25  with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.

26  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov,

27  began on February 11, 2014, and will run for thirty consecutive days, as required by Rule

28

                                          1
                                                        Request and Proposed Order to Extend the
                                                        Deadline to File a Joint Status Report

G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

A Declaration of Publication was filed on March 13, 2014.

### Good Cause

The United States is currently in settlement negotiations with Claimants Brian Corry Robinson and Kimberly Santiago-Robinson and unavailability of counsel during the period the JSR is due.  Given the strong likelihood of settlement, for reasons of judicial economy, there is good cause to extend the deadline to file a joint status report in this case from June 13, 2014 to August 21, 2014 (or to another date the Court deems appropriate).

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to from June 13, 2014 to August 21, 2014 (or to another date the Court deems appropriate).

Dated:  5/22/2014                    BENJAMIN B. WAGNER
                                     United States Attorney

                           By:    /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney

### ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on June 13, 2014 is extended to August 21, 2014.

**IT IS SO ORDERED.**

Dated:  May 23, 2014                 /s/ JOHN A. MENDEZ
                                     JOHN A. MENDEZ
                                     United States District Judge

2