BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $164,020.00 IN U.S. CURRENCY,<br>　　　　　Defendant. | 2:14-CV-00400-JAM-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS<br><br>Current Hearing Date: Sept. 17, 2014<br>Time : 9:30 a.m.<br>Courtroom: #6 |

　　　　The United States of America and claimants Brian Corry Robinson and Kimberly Santiago-Robinson, through undersigned counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion to Dismiss, currently set for September 17, 2014, be continued to October 15, 2014, due to the need to conduct limited discovery on the issue of standing.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  8/22/14　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　 /s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated:  8/22/14
　　　　　　　　　　　　　　　　　　　　　　 /s/ David M. Michael
　　　　　　　　　　　　　　　　　　　　　　　DAVID M. MICHAEL
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Claimants
　　　　　　　　　　　　　　　　　　　　　　　(Authorized via email on 8/22/14)

1

# ORDER

Pursuant to the parties' stipulation, the Court makes the following order:

The hearing for the Motion to Dismiss currently set for September 17, 2014, IS CONTINUED to October 15, 2014 at 9:30 a.m. in Courtroom #6.

**IT IS SO ORDERED.**

Dated:  8/22/2014

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge