1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,                     2:14-CV-00400-JAM-DAD

12           Plaintiff,

13     v.                                       STIPULATION AND ORDER TO
                                                CONTINUE HEARING ON MOTION
14 APPROXIMATELY $164,020.00 IN U.S.            TO DISMISS
CURRENCY,
15                                              Current Hearing Date: December 17,
          Defendant.                            2014
16                                              Time : 9:30 a.m.
                                                Courtroom: #6
17

18       The United States of America and claimants Brian Corry Robinson and Kimberly Santiago-

19 Robinson, through undersigned counsel, hereby stipulate, and respectfully request that the Court so

20 order, that the hearing on the Motion to Dismiss, currently set for December 17, 2014, be continued to

21 January 14, 2015, due to the need to conduct limited discovery on the issue of standing.

22                                              Respectfully Submitted,

23 Dated:  11/20/14                             BENJAMIN B. WAGNER
24                                              United States Attorney

25                                         By:   /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
26                                              Assistant U.S. Attorney
Dated:  11/19/14
27                                               /s/ Edward M. Burch
                                                EDWARD M. BURCH
28                                              Attorney for Claimants
                                                (Authorized via email on 11/19/14)

                                                1

**ORDER**

Pursuant to the parties' stipulation, the Court makes the following order:

The hearing for the Motion to Dismiss currently set for December 17, 2014, IS CONTINUED to January 14, 2015 at 9:30 a.m. in Courtroom #6.

**IT IS SO ORDERED.**

Dated: November 20, 2014                     /s/ John A. Mendez_____
                                             JOHN A. MENDEZ
                                             United States District Court Judge