BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

FILED

DEC 3 0 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $164,020.00 IN U.S. CURRENCY,<br><br>          Defendant. | 2:14-CV-00400-JAM-DAD<br><br>Corrected<br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE; CERTIFICATE OF REASONABLE CAUSE |

It is hereby stipulated by and between the United States of America and claimants Brian Corry Robinson and Kimberly Santiago-Robinson (collectively "Claimants"), by and through their respective counsel of record (the "Stipulation"), as follows:

1.     The defendant approximately $164,020.00 in U.S. Currency ("defendant currency") is the only named defendant in the above entitled action.

2.     The only parties who have filed claims in this action are Brian Corry Robinson and Kimberly Santiago-Robinson.

3.     The parties to this Stipulation agree that this action against the defendant currency shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4.     The parties are to bear their own costs and attorney fees.

5.     For purposes of effectuating this stipulation and dismissal only, the parties do not

contest there was probable cause for the commencement of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

6. The United States shall take all reasonable steps to return the defendant currency to the claimants within thirty days after the date of entry of this Order.

Dated: 12/23/14

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 12/23/14

/s/ David M. Michael
DAVID M. MICHAEL
Attorney for Claimants
(Authorized by email on 12/23/2014)

IT IS SO ORDERED.

## CERTIFICATE OF REASONABLE CAUSE

The action is dismissed with prejudice pursuant to Federal Rule 41(a)(2) and the United States shall take all reasonable steps to return the defendant currency to the claimants within thirty days.

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed February 6, 2014, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the commencement of this forfeiture action.

Dated: 12/30/2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge